United States District Court

Eastern District of California

United States of America,

   Plaintiff,    No. Mag. 05-156 PAN

  vs.       Detention Order

Griselda Tafoya-Cota,

   Defendant.

-oOo-

A. <u>Order For Detention</u>

  After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B. <u>Statement Of Reasons For The Detention</u>

  The Court orders the defendant's detention because it finds:

  _____  By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

  __X__  By clear and convincing evidence that no condition or combination of conditions will reasonably assure

the safety of any other person and the community.

C.   Findings Of Fact

The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

__x__   (1) Nature and Circumstances of the offense charged.

　　__x__   (a) The crime.

　　_____   (b) The offense is a crime of violence.

　　_____   (c) The offense involves a narcotic.

　　_____   (d) The offense involves a large amount of controlled substances.

__x__   (2) The weight of the evidence against the defendant is high.

__x__   (3) The history and characteristics of the defendant including:

_____ (a) General Factors:

　　_____   The defendant appears to have a mental condition which may affect whether the defendant will appear.

　　_____   The defendant has no family ties in the area.

　　_____   The defendant has no steady employment.

　　_____   The defendant has no substantial financial resources.

　　_____   The defendant is not a long time resident of the community.

　　_____   The defendant does not have any significant community ties.

　　__x__   Past conduct of the defendant: parole violations.

　　_____   The defendant has a history relating to

2

```
                           drug abuse.

          __X__      The defendant has a significant prior
                     criminal record.

          _____      The defendant has a prior record of
                     failure to appear at court proceedings.

     (b)  Whether the defendant was on probation,
          parole, or release by a court;

     At the time of the current arrest, the defendant was on:

          _____      Probation.

          _____      Parole.

          _____      Release pending trial, sentence, appeal
                     or completion of sentence.

     (c)  Other Factors

          __x__      The defendant is an illegal alien and is
                     subject to deportation.

          _____      The defendant is a legal alien and will
                     be subject to deportation if convicted.

          __X__      Other: False I.D. to police officer.

_____     (4)  Rebuttable Presumptions

     In determining that the defendant should be detained, the
     court also relied on the following rebuttable presumption(s)
     contained in 18 U.S.C. § 3142(e), which the court finds the
     defendant has not rebutted:

          _____      (a) (1) The crime charged is one described in
                     § 3142(f)(1)

                     _____  (A) a crime of violence; or

                     _____  (B) an offense for which the maximum
                            penalty is life imprisonment or
                            death; or

                     _____  (C) a controlled substance violation
                            that has a maximum penalty of ten
                            years or more; or
```

3

|   |   |   |
|---|---|---|
|   | _____ (D) | a felony and defendant previously was convicted of two or more of the offenses described in (A) through (C) above <u>and</u> |
|   | (2) | Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above <u>and</u> |
|   | (3) | The offense referred to in subparagraph (2) was committed while defendant was on release pending trial <u>and</u> |
|   | (4) | Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2). |
| _____ | (b) | There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed |

    _____ in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,

    _____ the Controlled Substances Act , 21 U.S.C. §§ 951, et seq.,

    _____ the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or

    _____ an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.

    _____ an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

D. <u>Additional Directives</u>

    Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

    The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or

1 being held in custody pending appeal; and

2     The defendant be afforded reasonable opportunity for private consultation with his counsel; and

3

4     That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

5

6

7     Dated: June 1, 2005.

8

9                                             /s/ Peter A. Nowinski

10                                               Peter A. Nowinski
                                              Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26